AUSAs: Ryan W. Allison, Margaret N. Vasu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FRED MASTROIANNI, and
DOREEN MASTROIANNI,

Defendants.

24mj4187

**SEALED COMPLAINT**

Violations of 18 U.S.C. §§ 2, 371, 875(d), 2261(b)(5), and 2261A(2)(B)

COUNTIES OF OFFENSES:
WESTCHESTER, ORANGE

SOUTHERN DISTRICT OF NEW YORK, ss.:

Erica Buonocore, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE
### (Cyberstalking)

1. From at least in or about October 2024 through the present, in the Southern District of New York and elsewhere, FRED MASTROIANNI and DOREEN MASTROIANNI, the defendants, and others known and unknown, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, used an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and another facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, and aided and abetted the same, to wit, FRED MASTROIANNI and DOREEN MASTROIANNI used telephones, computers, internet storage websites, and email accounts, among other means, repeatedly to threaten Victim-1 with the distribution of sexually explicit images of Victim-1 unless Victim-1 agreed to fund the purchase of an insurance policy against the life of DOREEN MASTROIANNI for the benefit of FRED MASTROIANNI.

(Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5), and 2.)

### COUNT TWO
### (Interstate Extortion)

2. From at least in or about October 2024 through the present, in the Southern District of New York and elsewhere, FRED MASTROIANNI and DOREEN MASTROIANNI, the defendants, and others known and unknown, with the intent to extort from any person, firm, association, and corporation, any money and other thing of value, transmitted in interstate or foreign commerce any communication containing any threat to injure the property and reputation of the addressee and of another and the reputation of a deceased person and any threat to accuse the addressee and any other person of a crime, to wit, FRED MASTROIANNI and DOREEN MASTROIANNI used telephones, computers, internet storage websites, and email accounts,

among other means, repeatedly to threaten Victim-1 with the distribution of sexually explicit images of Victim-1 unless Victim-1 agreed to fund the purchase of an insurance policy against the life of DOREEN MASTROIANNI for the benefit of FRED MASTROIANNI.

(Title 18, United States Code, Sections 875(d) and 2.)

## COUNT THREE
### (Conspiracy to Commit Interstate Extortion)

3.  From at least in or about October 2024 through the present, in the Southern District of New York and elsewhere, FRED MASTROIANNI and DOREEN MASTROIANNI, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, interstate extortion, in violation of Title 18, United States Code, Section 875(d).

4.  It was a part and object of the conspiracy that FRED MASTROIANNI and DOREEN MASTROIANNI, the defendants, and others known and unknown, with the intent to extort from any person, firm, association, and corporation, any money and other thing of value, would and did willfully and knowingly transmit in interstate or foreign commerce any communication containing any threat to injure the property and reputation of the addressee and of another and the reputation of a deceased person and any threat to accuse the addressee and any other person of a crime, in violation of Title 18, United States Code, Section 875(d).

Overt Acts

5.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about November 3, 2024, from Orange County, New York, FRED MASTROIANNI sent DOREEN MASTROIANNI an email containing an extortionate threat to forward to Victim-1.

    b. On or about November 16, 2024, DOREEN MASTROIANNI emailed to Victim-1 the extortionate threat FRED MASTROIANNI had drafted on or about November 3, 2024.

(Title 18, United States Code, Section 371.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

6.  This Complaint is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers, as well as my training and experience concerning the use of email in criminal activity. Because this Complaint is being submitted for the limited purpose of establishing probable cause, it does not include all the facts I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

7.      FRED MASTROIANNI ("FRED"), the defendant, is currently serving a thirty-five-year sentence imposed by the Hon. Philip M. Halpern, U.S. District Judge for the Southern District of New York, on August 15, 2024, for receiving and distributing child pornography and for the sexual exploitation of a minor. *See United States v. Fred Mastroianni*, 20 Cr. 575 (PMH). FRED is currently housed at FCI Otisville in Orange County. Based on my participation in the investigation and prosecution of FRED in the prior *Mastroianni* case before Judge Halpern, I know that the prior *Mastroianni* case involved FRED's possessing many thousands of CSAM images and videos, sharing those images with others over the internet, and for years extorting another person ("Individual-1") to force Individual-1 repeatedly to capture and send to FRED sexually explicit images and videos of Individual-1's prepubescent son.

8.      DOREEN MASTROIANNI ("DOREEN"), the defendant, is FRED's sister. DOREEN lives in Westchester County, New York.

9.      As described below, FRED and DOREEN have recently engaged in a plot to extort Victim-1 by threatening to release sexually explicit images of Victim-1 that FRED took of Victim-1. The purpose of the extortion is to attempt to compel Victim-1 to fund the purchase of an insurance policy against DOREEN's life for the benefit of FRED.

10.     Based on my review of emails sent and received on systems maintained by the U.S. Bureau of Prisons, recorded prison phone calls involving FRED, and other evidence obtained in this investigation, I am aware of the following exchanges between FRED, DOREEN, and others in furtherance of this extortion scheme:[1]

   a. On or about October 19, 2024, a person who identified himself as "Fred M" (whose voice I recognize as FRED's based on, among other things, my participation in the prior *Mastroianni* case) made a call on a recorded prison line to a person I believe to be DOREEN.[2] In this conversation, FRED and DOREEN discussed the following, among other things:

---

[1] For the email exchanges described below, FRED used another FCI Otisville inmate's email account ("Inmate-1's Email Account"), and DOREEN used an aol.com email account. Evidence gathered thus far suggests that FRED used Inmate-1's Email Account for the following reasons, among others: (1) FRED and Inmate-1 are both housed at FCI Otisville; (2) on or about October 16, 2024, FRED called DOREEN on a recorded jail line and referenced using Inmate-1's account; (3) on or about October 26, 2024, Inmate-1's Email Account wrote to DOREEN, "please tell [a person] I added his e mail to [Inmate-1's] account so I can e mail him directly.... Explain to him I do not have e mail and do not know when if ever I will get it again. Since setting up the texting is taking longer then I anticipated I will have to e mail him from this account"; and (4) on or about November 1, 2024, DOREEN forwarded Inmate-1's Email Account an email from another person in which that person wrote, "Tell Fred- to relay anything to me via your email. I'm not emailing some random inmate." Evidence gathered thus far suggests that DOREEN used the aol.com email account for the following reasons, among others: (1) DOREEN's first name is in the email address; and (2) emails sent from this account contain an email signature from DOREEN's website.

[2] Evidence gathered thus far suggests that DOREEN was the person speaking to FRED during the phone calls described in this Complaint for the following reasons, among others: (1) during one call, DOREEN referred to "our sister" during this conversation with FRED; (2) during another call, FRED referred to DOREEN by name; and (3) the phone number FRED called to engage in

3

     i. FRED directed DOREEN to set up an account that would allow him to send text messages from prison. FRED explained, in substance and in part, that he wanted to use this text message application to "get [Victim-1] to pay this fucking health insurance—I mean life insurance."

     ii. FRED and DOREEN discussed sending Victim-1 additional details about the insurance plan in writing, which FRED said they needed to do before Victim-1 would agree to participate in the insurance scheme. DOREEN later suggested that FRED should send her the additional details, and she would cut and paste FRED's writing and email it herself to Victim-1. FRED agreed.

     iii. FRED explained to DOREEN that he wanted her to retrieve certain "cassettes" from "the federal government" (*i.e.*, electronic evidence seized by the Government during the prior *Mastroianni* case) that contain "very very bad" videos of another person ("Victim-2"). FRED stated, in substance and in part, that Victim-2 is going to pay FRED for those videos, although Victim-2 did not know that Victim-2 was going to do that yet, indicating that FRED planned to extort Victim-2 using the videos. After FRED explained this scheme to DOREEN, she responded, "I'm glad you just said that on the machine." FRED replied, "It doesn't matter. Listen, he earned money for it. He got himself a motorcycle doing that shit twenty years ago."

   b. On or about October 23, 2024, a person who identified himself as "Fred M" (whose voice I recognize as FRED's) made a call on a recorded prison line to a person I believe to be DOREEN. In this conversation, FRED and DOREEN discussed the following regarding DOREEN's maintenance of FRED's cache of pornography, among other things:

     i. During a discussion about DOREEN sending FRED photographs from FRED's belongings, DOREEN stated, in substance and in part, that she had spoken to her son about a Dropbox folder that belonged to FRED.[3] According to DOREEN, her son said that, in FRED's Dropbox folder, DOREEN's son "saw things [he] never wanted to see." FRED replied, "My miscellaneous folder has nothing in it. It's all my personal shit."

     ii. DOREEN then explained that her son had seen more than just the "miscellaneous folder" on FRED's Dropbox, and that the Dropbox contained FRED's "entire computer." FRED said, "I know what's on the computer, Doreen. I'm telling you 'miscellaneous' there's nothing in it." DOREEN again explained that the "miscellaneous folder" was only a small portion of the data from FRED's Dropbox and that her son had cautioned her against putting all of "that shit" from FRED's files on her computer. FRED explained that, at that time, he only wanted materials from the "miscellaneous folder," which would not include "any of the porn shit."

   c. On or about October 24, 2024, a person who identified himself as "Fred M" (whose voice I recognize as FRED's) made a call on a recorded prison line to a person I believe to be DOREEN. In this conversation, DOREEN reminded FRED about a time long ago when he had

---

the conversations described in this Complaint is the phone number for DOREEN that is listed on her Realtor.com contact page.

[3] Based on my training and experience, I know that Dropbox is an internet data storage website that permits customers to save materials onto their private cloud drives.

4

asked her son to copy his entire computer and save it onto Dropbox. DOREEN explained that she had all of FRED's files saved to an electronic device that was currently in her possession.

   d. Later on October 24, 2024, FRED sent DOREEN an email titled "Fred Ins" in which FRED wrote, "I need to get [Victim-1] on board. Ill send you an e mail with the number break down to forward to him so he can see how much it will be. I'm not holding out much hope though."

   e. On October 31, 2024, a person who identified himself as "Fred M" (whose voice I recognize as FRED's) made a call on a recorded prison line to a person I believe to be DOREEN. In this conversation, FRED and DOREEN again discussed the return of certain materials that the Government had seized during the prior *Mastroianni* case. FRED said, in relevant part, "I need those fucking cassettes back so I can fucking give them to [Victim-2] in exchange for what I want."

   f. On or about November 1, 2024, FRED sent DOREEN an email titled "please send to [Victim-1]." The body of this email, which appears to be a draft email that FRED wanted DOREEN to send to Victim-1 to request that Victim-1 participate in the life insurance scheme, is reproduced below in relevant part:

> Hey,
>
> Here is a break down of how much the life insurance policy and the money I would need on my commissary account. The highest payout that New York Life will do on my sister due to her age (69 & 8 months) and her health is $240,000. The monthly payment is $1080 a month. IDK if you have an insurance guy who would do a better plan. If you do, then that would be amazing because the way this works out is after year 12 I would have no more money coming to me for my commissary account and will have to live off what little money I can earn working (the lowest pay per MONTH is $19 and the highest pay is $105 a MONTH) Ill also be 66 years old by that point and my health is not the greatest. For all I know Ill be gone before my sister. That would be a huge benefit to everyone involved in this.
>
> here is a break down of how much you would spend over the course of the policy before the policy pays off.
>
>> [FRED included a financial chart here. In essence, the chart proposed that Victim-1 would make regular premium payments for a life insurance policy for DOREEN and also contribute $360 per month to FRED's commissary account for twelve years. FRED appears to have been offering to allow Victim-1 to keep the "profit," which FRED described as the $240,000 payout from the insurance policy upon DOREEN's death less the combined total of the premium payments Victim-1 had made

5

> and Victim-1's contributions to FRED's commissary account.]
>
> I know its not the greatest deal and I know I am asking ALOT from you but you are the only person I know that has the financial resources to do anything like this. My sister is currently in the process of selling her house because she cant afford it anymore and that means she has no money to put on my commissary account. Spending the rest of my life in prison (I will be eligible for parole when I am 80) for something that took a total of less then 30 minutes to produce is something I have come to accept. The thing I am having a difficult time accepting is that I will have no one there for me once my sister is gone. My nephew wants nothing to do with me and that's all the family I have (my oldest sister is 74 and has advanced dementia). I'm sorry to put this burden on you but you are the only person I can depend on to help me. Please do this for me [Victim-1]. I promise I will not bother you with anything else.

g. On or about November 2, 2024, DOREEN forwarded FRED an email from Victim-1 in which Victim-1 wrote, "Please let him know it isn't something I'm interested in."

h. On or about November 3, 2024, a person who identified himself as "Fred M" (whose voice I recognize as FRED's) made a call on a recorded prison line to a person I believe to be DOREEN. In this conversation, FRED and DOREEN discussed responding to Victim-1's rejection of FRED's insurance policy offer:

   i. FRED began the discussion by noting that Victim-1 did not "waste any time" rejecting FRED's offer.

   ii. FRED then said, "Well I guess I'm going to have to send another email for you to forward to him that—."

   iii. FRED then said, "I got to talk to Tim. Maybe he can sell my video collection to somebody." DOREEN replied, "That's probably something I don't want to know anything about."

i. Later on November 3, FRED sent DOREEN an email titled "responses to [Victim-1's] e mail." This email was an extortion threat addressed to Victim-1, which FRED intended for DOREEN to send to Victim-1. The body of this email is reproduced below in relevant part, with emphases added:

> I wish you would reconsider. I know I let you down by not being able to pay you back the 25g's. I never expected this nightmare to spiral so out of control. The little money I have invested will hopefully turn into something more in the next 10-20 years. I would be happy to put something in writing leaving you whatever money may come from the couple of investments I have. Maybe you can advise me on something to invest in that will make more money besides Nvidia.

6

> You know, In the last 23 years I have never betrayed your confidence. I can honestly only say that about you and one other person. You and this other person are the only 2 I ever cared enough about not to tarnish their reputation. If I have embarrassed you because of what I did I apologize. I would never do anything to embarrass you or cause you discomfort on purpose unless I was pushed to the breaking point (which is where I currently am)
>
> I have 2 friends in the adult entertainment business. *One is the owner of [a company] which is the largest male porn management company in the country and the other is the owner of [a] lounge in NYC. Both had a lot of connections and are helping me shop my library of 3000 videos and 200,000++ photos.* one of the things they like about my videos are that a lot of of them are hidden videos (like videos made in my tanning beds or by cameras hidden in closets or set up strategically around my apartment to capture whomever I happen to be messing around with at the time) or videos recorded via screen capture (IE Yahoo messenger)and they show to the viewing public and being genuine (meaning not staged to look like they were hidden but are real and the participant is unaware of what's actually going on). *I can sell them my ENTIRE library or I can have certain files left out. Or I don't have to sell anything if someone that I would do anything for would HELP me.*
>
> *This email was the last thing I intended to send you but I am a desperate person and IDK what else or who else to ask to help me.*
>
> I was reading an article in the wall street journal about how in a lot of middle eastern/Arab countries homosexuality is illegal. Not only illegal but in some countries they will put you to death. Isn't that amazing in this day and age that those countries can be so inhumane not only to their own citizens but to visitors from foreign countries that they conduct business with?
>
> I hope you will reconsider doing the insurance to help me out. If you wont is there anything you can think of that you can do to help me that will hopefully help me be able to pay you back the money I owe you along with helping me with money on my commissary each month. *I know you have the money [Victim-1].* I'm begging you to help me.

j. On or about November 5, 2024, DOREEN wrote back to FRED regarding the extortion email, "I dont know [Victim-1] but are you sure you want to pass this along? I find it hard to believe you put it in writing."

k. On or about November 15, 2024, FRED wrote back to DOREEN, "Yes I want you to send the email to [Victim-1]. I didn't spend all the time writing it not to have you send it."

7

DOREEN responded, in relevant part: "I will send that email to [Victim-1] today. I found its content repugnant, and wanted to make sure you wanted it to go."

        l. On or about November 16, 2024, DOREEN emailed Victim-1 the extortionate threat FRED had sent to her on November 3. DOREEN titled this email to Victim-1, "Sorry but Fred asked mme to send this."

        m. Later on November 16, 2024, FRED sent DOREEN an email titled, "send to [Victim-1] please." This email is reproduced below in relevant part:

> My sister said you tried calling her. she wont have anything to say about what I'm asking. she thinks I'm messed up (we cnat curse in e mail or I wold have said F___ED UP) for what I sent you. I also know you think I'm messed up but I need help. I have NO ONE to help me. I would do anything I could to help you and you know that. You will get back your money it will just take time. I know you don't feel comfortable because it is a life insurance policy but my sister is ok with it. It was actually her idea. Its the only way I can get someone to help me and be able to pay them back eventually. I'm sorry that I resorted to saying what I said. I'm just very desperate for some kind of help and I don't have anyone else to turn to. Please think about it.

        n. A few hours later, DOREEN wrote back to FRED, "Well [Victim-1] was as offended as I thought he would be. He called and said he was sorry that things were so bad that you would sink so low to write that. He said no worries About the 25000 and he wishes you the best but he's out."

        11. Based on an interview of Victim-1, I know that Victim-1 met FRED MASTROIANNI, the defendant, when Victim 1 was approximately fifteen years old and FRED was approximately thirty years old. When Victim 1 was fifteen years old, FRED offered Victim-1 money in return for FRED taking photos of Victim 1 while Victim-1 masturbated. Victim-1 fears that those images may be included in the images that FRED is threatening to release.

        12. Based on public source information, I believe that the servers that support the aol.com domain are located in New York. I also believe that the servers that support Victim-1's email account are located in Arizona.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of DOREEN MASTROIANNI, the defendant, and that she be arrested, and that FRED MASTROIANNI and DOREEN MASTROIANNI, the defendants, be imprisoned or bailed, as the case may be.

*Erica Buonocore*
Special Agent
Federal Bureau of Investigation

Sworn to before me this 4th day of December, 2024.

THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York