UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>FRED MASTROIANNI, and<br>DOREEN MASTROIANNI,<br>                    Defendants. | ORDER OF CONTINUANCE<br><br>24 Mag. 4187 |

Upon the application of the United States of America and the affirmation of RYAN ALLISON, Assistant United States Attorney, it is found that FRED MASTROIANNI and DOREEN MASTROIANNI, the defendants, were charged with violations of 18 U.S.C. §§ 2, 371, 875(d), 2261(b)(5), and 2261A(2)(B), in a complaint dated December 4, 2024;

It is further found that the defendants were presented before Magistrate Judge Victoria Reznik on December 11, 2024, and that FRED MASTROIANNI was detained, and DOREEN MASTROIANNI was released on bail conditions;

It is further found that Rachel Martin, Esq., attorney for FRED MASTROIANNI, and Bruce Koffsky, Esq., attorney for DOREEN MASTROIANNI, have since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing;

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for each defendant on behalf of counsel's client has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendants in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **February 5, 2025.**

Dated: White Plains, New York
      January 8, 2025

_____
UNITED STATES MAGISTRATE JUDGE