UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                      **3RD ORDER OF CONTINUANCE**

      -against-                                       24 Mag. 4187

FRED MASTROIANNI,

                        Defendant.
-------------------------------------------------------------------X

        Adjourned to April 2, 2025 by ~~Judith C. McCarthy~~ *Victoria Reznik*, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: March 5, 2025
       White Plains, New York

                                                    SO ORDERED:

                                                    _____
                                                    ~~JUDITH C. McCARTHY~~ Victoria Reznik
                                                    United States Magistrate Judge