UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    **4TH ORDER OF CONTINUANCE**
      -against-                                    24 Mag. 4187

DOREEN MASTROIANNI AND
FRED MASTROIANNI,

                                Defendant.
-------------------------------------------------------------------X

       Adjourned to April 30, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  April 2, 2025
           White Plains, New York

                                                      SO ORDERED:

                                                      _____
                                                      ANDREW E. KRAUSE
                                                      United States Magistrate Judge