UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                **5TH ORDER OF CONTINUANCE**

        -against-                                    25 Mag. 4187

FRED MASTROIANNI,

                        Defendant.
-------------------------------------------------------------------X

Adjourned to May 28, 2025 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: April 30, 2025
       White Plains, New York

                                                  SO ORDERED:

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge